IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NANAK131313 INC., | ) Case No. 18-11158-BFK |
| | ) Chapter 11 |
| Debtor-In-Possession. | ) |
| | ) |

## FIRST AND FINAL APPLICATION FOR COMPENSATION OF COUNSEL

COMES NOW, Jonathan B. Vivona, Esquire ("Vivona" or "Applicant"), Applicant herein, pursuant to 11 U.S.C. §§330 and 331, Fed R. Bankr. P. 2016(a) and Local Rule 2016-1(A) and respectfully represents the following to the Court.

### EMPLOYMENT AS COUNSEL FOR DEBTOR

1. Applicant was retained by Nanak131313 inc. ("Debtor") on or about April 1, 2018 as counsel in their Chapter 11 case. The Court entered an Order authorizing the employment of Applicant on May 24, 2018 (Doc. No. 27).

### RETAINER

2. Applicant is holding the sum of $5,000.00 as a retainer in this case.

### CASE STATUS

3. On April 2, 2018, Debtor filed the instant case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, Case No. 18-11158-BFK.

4. Debtor continued to operate its business and manage its financial affairs as debtor in possession.

5. On May 22, 2018, a hearing was held on Debtor's Application to Employ

Jonathan B. Vivona, Esquire
Virginia State Bar No. 82762
601 King Street, Suite 400
Alexandria, Virginia 22314
(Tel) 703-739-1353
(Fax) 703-337-0490
*Counsel for Nanak131313 inc.*

Sales Agent for the purpose of selling Debtor's business and the Court granted said application.

6. On May 23, 2018, a hearing was held on the Landlord, JSNS, LLC's motion for relief from stay which was granted.

## SUMMARY OF SERVICES RENDERED AND HOURS EXPENDED

7. Vivona is experienced in bankruptcy matters. Pursuant to the retainer agreement, the Applicant was to be compensated at the rate of $300.00 per hour for his services.

8. Vivona respectfully submits that the rate of $300.00 per hour is a fair and generally accepted rate of compensation for services of the type rendered herein by Applicant.

9. Vivona has divided his time records among four (4) service categories. The following is a summary of the service categories and the amount of time spent in connection with each such category.

Category 1: Case Administration: 18.95 hours ($5,685.00), filing fee ($1,717.00)

Category 2: Schedules: 8 hours ($2,400.00)

Category 3: Stay: 2.4 hours ($720.00)

Category 4: Claims: 4.6 hours ($1,380.00)

10. The dates, descriptions and hours of service are more fully set forth in the Statement of Services attached as Exhibit "A".

11. Vivona has no agreement to share any compensation which may be awarded by this Court. All services provided herein were performed by Vivona for and on behalf of the Debtor and not for or on behalf of any other person or entity.

WHEREFORE, the Applicant prays that the Court enter an Order (i) authorizing and awarding counsel fees to Jonathan B. Vivona for services rendered and filing fees paid for the period March 30, 2018 through May 24, 2018 in the amount of $11,902.00, or in such other amount as to this Court may appear just, and authorize Vivona to withdraw the $5,000.00 retainer balance in his trust account and apply it to the award.

JONATHAN B. VIVONA, PLC

\_\_/s/ Jonathan B. Vivona_____
JONATHAN B. VIVONA, ESQUIRE
Virginia State Bar No. 82762
601 King Street, Suite 400
Alexandria, Virginia 22314
Telephone Number: (703) 739-1353
Fax Number: (703) 337-0490
vivonalaw@gmail.com
*Counsel for Nanak131313 inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of May, 2018 a true copy of the foregoing Application for Compensation was served electronically pursuant to this Court's CM/ECF procedures on: Jack I. Frankel, Esquire, Office of the U.S. Trustee, 115 South Union Street, Ste. 210, Alexandria, VA 22314 and Jeffrey S. Romanick, Esquire, 3975 University Dr. #410, Fairfax, VA 22030-2520; and sent first class mail, postage prepaid, to:

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

American Disposal
10370 Central Park Drive
Manassas, VA 20110

American Disposal
PO Box 28150
Miami, FL 33102

Cox Business
Dept 781114
PO Box 78000
Detroit, MI 48278

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290

Fairfax County DTA
12000 Government Center Pkwy
Fairfax, VA 22035

Fairfax Water
8570 Executive Park Avenue
Fairfax, VA 22031

Fairfax Water
PO Box 71076
Charlotte, NC 28272

Girish Sood
13895 Hedgewood Drive 349
Woodbridge, VA 22193

Gross & Romanick, PC
3975 University Drive
Suite 410
Fairfax, VA 22030

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

JSNS, LLC
5809 Plainview Road
Bethesda, MD 20817

National Fire & Indemnity Exc
6030 Barcroft Avenue
Saint Louis, MO 63109

Republic Services
PO Box 9001099
Louisville, KY 40290

Sartaj Singh Randhawa
3848 Appaloosa Drive
Lakeridge, VA 22192

Washington Gas
PO Box 37747
Philadelphia, PA 19101

                        /s/ Jonathan B. Vivona
                        JONATHAN B. VIVONA