# JONATHAN B. VIVONA, PLC     INVOICE

601 King Street, Ste 400
Alexandria, VA 22314
703-739-1353 (Tel)
703-337-0490 (Fax)
vivonalaw@gmail.com

**DATE:**     **May 25, 2018**

**FOR:**     Nanak131313 inc.
             Chapter 11 Bankruptcy

**CATEGORY 1: CASE ADMINISTRATION**

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Meeting with S. Randhawa re: bankruptcy filing | 3/30/2018 | 2.40 | $300.00 | $720.00 |
| Reviewed 2016 tax returns | 4/2/2018 | 0.20 | $300.00 | $60.00 |
| Meeting with debtor to discuss duties of Chapter 11 debtor, case strategy and potential outcomes of case | 4/2/2018 | 2.70 | $300.00 | $810.00 |
| Chapter 11 Filing Fee | 4/2/2018 | | | $1,717.00 |
| Email to S. Randhawa re: initial debtor interview | 4/3/2018 | 0.20 | $300.00 | $60.00 |
| Email to T. Pika re: scheduling of initial debtor interview | 4/3/2018 | 0.20 | $300.00 | $60.00 |
| Preparation of application to employ attorney | 4/4/2018 | 0.70 | $300.00 | $210.00 |
| Email to S. Randhawa re: setting up and maintaining debtor in possession account and use of account for receipts and disbursements | 4/9/2018 | 0.40 | $300.00 | $120.00 |
| Email to S. Randhawa re: financial statements | 4/9/2018 | 0.20 | $300.00 | $60.00 |
| Email to S Randhawa re: 341 meeting | 4/10/2018 | 0.10 | $300.00 | $30.00 |
| Emails to S. Randhawa re: outstanding documents for IDI | 4/19/2018 | 0.30 | $300.00 | $90.00 |
| Meeting with client in preparation for initial debtor interview and review of profit and loss statements, tax issues and resolution of landlord claims | 4/23/2018 | 1.80 | $300.00 | $540.00 |
| Attended initial debtor interview | 4/24/2018 | 1.75 | $300.00 | $525.00 |
| Emails to S. Randhawa re: insurance coverage and proof of payment | 4/25/2018 | 0.30 | $300.00 | $90.00 |
| Teleconference with K. Curtis re: proof of payment | 4/26/2018 | 0.20 | $300.00 | $60.00 |
| Email to S. Randhawa re: personal property insurance and proof of payment | 4/26/2018 | 0.10 | $300.00 | $30.00 |
| | | | Subtotal | $5,182.00 |

Make all checks payable to Jonathan B. Vivona, PLC

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Teleconference with A. Horn re: buyer interest in the property and offer to purchase | 5/1/2018 | 0.30 | $300.00 | $90.00 |
| Teleconference with S. Randhawa re: purchase offer | 5/1/2018 | 0.20 | $300.00 | $60.00 |
| Email to A. Horn re: listing agreement | 5/2/2018 | 0.10 | $300.00 | $30.00 |
| Teleconference with A. Horn re: employment as sales agent for the Debtor | 5/3/2018 | 0.40 | $300.00 | $120.00 |
| Prepared verified statement for sales agent | 5/4/2018 | 0.20 | $300.00 | $60.00 |
| Email to A. Horn | 5/4/2018 | 0.10 | $300.00 | $30.00 |
| Teleconference with J. Frankel re: application to approve sales agent and terms of listing agreement | 5/5/2018 | 0.20 | $300.00 | $60.00 |
| Teleconference with A. Horn re: edits to listing agreement | 5/6/2018 | 0.30 | $300.00 | $90.00 |
| Reviewed and revised listing agreement | 5/7/2018 | 0.20 | $300.00 | $60.00 |
| Email to A. Horn | 5/8/2018 | 0.10 | $300.00 | $30.00 |
| Prepared and filed application for employment of sales agent | 5/8/2018 | 0.60 | $300.00 | $180.00 |
| Attended hearing on motion to employ attorney | 5/10/2018 | 0.40 | $300.00 | $120.00 |
| Attended 341 Meeting | 5/10/2018 | 1.20 | $300.00 | $360.00 |
| Teleconference with A. Horn re: draft purchase agreement | 5/16/2018 | 0.30 | $300.00 | $90.00 |
| Prepared edits to draft purchase agreement and forwarded to A. Horn | 5/18/2018 | 0.40 | $300.00 | $120.00 |
| Teleconference with J. Frankel | 5/21/2018 | 0.10 | $300.00 | $30.00 |
| | | | Subtotal | $1,530.00 |

Make all checks payable to Jonathan B. Vivona, PLC

**Invoice - Nanak131313 inc.**

**Page 3**

**CATEGORY 1: CASE ADMINISTRATION CONT.**

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Email to S. Randhawa re: MOR | 5/21/2018 | 0.10 | $300.00 | $30.00 |
| Email to A. Horn | 5/21/2018 | 0.10 | $300.00 | $30.00 |
| Teleconference with J. Frankel | 5/22/2018 | 0.10 | $300.00 | $30.00 |
| Attended hearing on application to approve sales agent | 5/22/2018 | 1.20 | $300.00 | $360.00 |
| Prepared and submitted order to employ counsel | 5/23/2018 | 0.30 | $300.00 | $90.00 |
| Prepared order to employ sales agent, circulated to counsel and filed | 5/24/2018 | 0.50 | $300.00 | $150.00 |
| | | | Subtotal | $690.00 |

Make all checks payable to Jonathan B. Vivona, PLC

**Invoice - Nanak131313 inc.**

**Page 4**

**CATEGORY 2: SCHEDULES**

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Prepared initial draft of Chapter 11 schedules | 4/2/2018 | 0.50 | $300.00 | $150.00 |
| Reviewed business assets, debt, revenues and expenses | 4/2/2018 | 0.50 | $300.00 | $150.00 |
| Prepared and filed Chapter 11 voluntary petition | 4/2/2018 | 0.70 | $300.00 | $210.00 |
| Meeting with S. Randhawa to prepare schedules and discuss resolution of issues with landlord and co-tenants | 4/9/2018 | 1.70 | $300.00 | $510.00 |
| Prepared completion of case filing | 4/15/2018 | 2.30 | $300.00 | $690.00 |
| Email to S. Randhawa | 4/15/2018 | 0.10 | $300.00 | $30.00 |
| Meeting with client to review and finalize schedules | 4/16/2018 | 1.80 | $300.00 | $540.00 |
| Finalized and filed completion of case filing | 4/16/2018 | 0.40 | $300.00 | $120.00 |
| | | | Subtotal | $2,400.00 |

Make all checks payable to Jonathan B. Vivona, PLC

**Invoice - Nanak131313 inc.**

**Page 5**

**CATEGORY 3: STAY**

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Email to S. Randhawa | 5/8/2018 | 0.20 | $300.00 | $60.00 |
| Prepared and filed objection to motion for relief from stay | 5/16/2018 | 1.30 | $300.00 | $390.00 |
| Teleconference with S. Randhawa | 5/22/2018 | 0.10 | $300.00 | $30.00 |
| Attended hearing on motion for relief from stay | 5/23/2018 | 0.60 | $300.00 | $180.00 |
| Email and teleconference with J. Romanick re: lift stay order | 5/23/218 | 0.20 | $300.00 | $60.00 |
| | | | Subtotal | $720.00 |

Make all checks payable to Jonathan B. Vivona, PLC

**Invoice - Nanak131313 inc.**

**Page 6**

**CATEGORY 4: CLAIMS**

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Reviewed lease agreement between debtor and landlord, JSNS, LLC | 4/2/2018 | 0.30 | $300.00 | $90.00 |
| Email to S. Randhawa re: 2016 tax returns and lease document | 4/3/2018 | 0.10 | $300.00 | $30.00 |
| Email to client re: communications with creditors | 4/4/2018 | 0.20 | $300.00 | $60.00 |
| Prepared Suggestion in Bankruptcy in unlawful detainer action | 4/4/2018 | 0.30 | $300.00 | $90.00 |
| Email to S. Randhawa | 4/7/2018 | 0.10 | $300.00 | $30.00 |
| Teleconference with S. Randhawa re: condition of property, parking issues on the premises and co-tenant's interference with business | 4/8/2018 | 0.50 | $300.00 | $150.00 |
| Teleconference with C. DeSimone re: landlord issues and lease | 4/9/2018 | 0.40 | $300.00 | $120.00 |
| Teleconference with Dominion Energy re: post-petition utilites bills | 4/9/2018 | 0.20 | $300.00 | $60.00 |
| Teleconference with Washington Gas and e-mail containing bankruptcy filing notice | 4/9/2018 | 0.30 | $300.00 | $90.00 |
| Teleconference with S. Randhawa re: FFX court hearing | 4/12/2018 | 0.20 | $300.00 | $60.00 |
| Email to S. Randhawa | 4/14/2018 | 0.10 | $300.00 | $30.00 |
| Email to S. Randhawa containing summary of projected payment of creditor claims from distribution of potential sales proceeds | 5/1/2018 | 0.40 | $300.00 | $120.00 |
| Email to S. Randhawa | 4/22/2018 | 0.10 | $300.00 | $30.00 |
| Attended unlawful detainer hearing FFX | 4/23/2018 | 1.40 | $300.00 | $420.00 |
| | | | Subtotal | $1,380.00 |

Make all checks payable to Jonathan B. Vivona, PLC