# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-11158-BFK |
| | § | |
| NANAK131313 INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

H. Jason Gold, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $203,914.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $17,685.11 | | |

3)   Total gross receipts of $17,685.11  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**, yielded net receipts of $17,685.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $11,831.95 | $11,831.95 | $11,511.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $9,900.00 | $9,900.00 | $6,173.75 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $8,196.01 | $8,196.01 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $12,145.77 | $12,145.77 | $0.00 |
| **Total Disbursements** | $0.00 | $42,073.73 | $42,073.73 | $17,685.11 |

4). This case was originally filed under chapter 0 on 04/02/2018. The case was converted to one under Chapter 7 on 12/14/2018. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/13/2020</u>          By:  <u>/s/ H. Jason Gold</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Remaining funds held by Debtor's counsel from chapter 11 case. | 1129-000 | $14,479.18 |
| Security Deposit Washington Gas | 1129-000 | $3,205.93 |
| **TOTAL GROSS RECEIPTS** | | $17,685.11 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| H. JASON GOLD, Trustee | 2100-000 | NA | $2,518.51 | $2,518.51 | $2,197.92 |
| H. Jason Gold, Trustee | 2200-000 | NA | $20.09 | $20.09 | $20.09 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $17.00 | $17.00 | $17.00 |
| United States Trustee | 2950-000 | NA | $5,200.00 | $5,200.00 | $5,200.00 |
| Barry Strickland, Accountant for Trustee | 3410-000 | NA | $4,046.30 | $4,046.30 | $4,046.30 |
| Barry Strickland, Accountant for Trustee | 3420-000 | NA | $30.05 | $30.05 | $30.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,831.95 | $11,831.95 | $11,511.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JONATHAN BAIRD VIVONA, Other Prior Chapter Administrative | 6990-000 | NA | $9,900.00 | $9,900.00 | $6,173.75 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $9,900.00 | $9,900.00 | $6,173.75 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $8,196.01 | $8,196.01 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,196.01 | $8,196.01 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Washington Gas | 7100-000 | $0.00 | $12,145.77 | $12,145.77 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,145.77 | $12,145.77 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 18-11158-BFK | Trustee Name: | H. Jason Gold |
| Case Name: | NANAK131313 INC. | Date Filed (f) or Converted (c): | 12/14/2018 (c) |
| For the Period Ending: | 2/13/2020 | §341(a) Meeting Date: | 01/14/2019 |
| | | Claims Bar Date: | 05/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Cash on hand | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 2  TD Bank (negative balance) Checking 3166 | $0.00 | $0.00 | | $0.00 | FA |
| 3  Security Deposit Washington Gas | $5,000.00 | $5,000.00 | | $3,205.93 | FA |
| 4  Security Deposit Landlord | $8,000.00 | $8,000.00 | | $0.00 | FA |
| 5  Security Deposit Dominion Energy | $1,864.00 | $1,864.00 | | $0.00 | FA |
| 6  Accounts receivable 90 days old or less | $250.00 | $250.00 | | $0.00 | FA |
| 7  Finished goods, including goods held for resale Snacks, soda, soap | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 8  Office fixtures Safe | $100.00 | $100.00 | | $0.00 | FA |
| 9  Washers and Dryers (See Exhibit A) | $175,000.00 | $175,000.00 | | $0.00 | FA |
| 10  Coinpusher machines | $700.00 | $700.00 | | $0.00 | FA |
| 11  Change Machines (3) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12  Used Washer and Dryer Parts | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 13  Tools | $500.00 | $500.00 | | $0.00 | FA |
| 14  ESD Card Machines (2) | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 15  Carts (15) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 16  Boiler | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 17  Folding Tables (7) | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 18  Commercial Center - 5865 Columbia Pike, Falls Church, VA 22041 | Unknown | $0.00 | | $0.00 | FA |
| 19  Customer List | $500.00 | $500.00 | | $0.00 | FA |
| 20  NIE Company | Unknown | $0.00 | | $0.00 | FA |
| 21  Landlord - JSNS, LLC Breach of Contract 0.00 | Unknown | $0.00 | | $0.00 | FA |
| 22  Co-tenant - Escobar, Inc. Tortious Interference 10,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 23  Remaining funds held by Debtor's counsel from chapter 11 case. (u) | $0.00 | $0.00 | | $14,479.18 | FA |
| Asset Notes:   From Mr. Vivona's trust account. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 18-11158-BFK | **Trustee Name:** H. Jason Gold |
| **Case Name:** | NANAK131313 INC. | **Date Filed (f) or Converted (c):** 12/14/2018 (c) |
| **For the Period Ending:** | 2/13/2020 | **§341(a) Meeting Date:** 01/14/2019 |
| | | **Claims Bar Date:** 05/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
                              $208,914.00    $208,914.00                  $17,685.11    $0.00

**Initial Projected Date Of Final Report (TFR):** 10/01/2019    **Current Projected Date Of Final Report (TFR):** 09/01/2019    /s/ H. JASON GOLD

H. JASON GOLD

**FORM 2**                                                                                                               Page No: 1                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 18-11158-BFK | | **Trustee Name:** | H. Jason Gold |
| **Case Name:** | NANAK131313 INC. | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2389 | | **Checking Acct #:** | ******1158 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 4/2/2018 | | **Blanket bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 2/13/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 02/08/2019 | (23) | Jonathan Vivona Trust Account | Balance from sale of Assets in chapter 11. | 1129-000 | $14,479.18 | | $14,479.18 |
| 03/25/2019 | 1001 | Insurance Partners Agency, Inc. | Policy #3792882 03/01/2019 - 03/01/2020 | 2300-000 | | $17.00 | $14,462.18 |
| 11/07/2019 | 1002 | Barry Strickland | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 4,046.30; Amount Allowed: 4,046.30; Dividend: 27.97; | 3410-000 | | $4,046.30 | $10,415.88 |
| 11/07/2019 | 1003 | Barry Strickland | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 30.05; Amount Allowed: 30.05; Dividend: 0.20; | 3420-000 | | $30.05 | $10,385.83 |
| 11/07/2019 | 1004 | H. JASON GOLD | Trustee Compensation | 2100-000 | | $2,197.92 | $8,187.91 |
| 11/07/2019 | 1005 | H. Jason Gold | Trustee Expenses | 2200-000 | | $20.09 | $8,167.82 |
| 11/07/2019 | 1006 | JONATHAN BAIRD VIVONA | Account Number: ; Claim #: ; Distribution Dividend: 29.98; Amount Claimed: 9,900.00; Amount Allowed: 9,900.00; Dividend: 20.52; | 6990-000 | | $2,967.82 | $5,200.00 |
| 11/07/2019 | 1007 | United States Trustee | Account Number: 1158; Claim #: 3; Distribution Dividend: 100.00; Amount Claimed: 5,200.00; Amount Allowed: 5,200.00; Dividend: 35.95; | 2950-000 | | $5,200.00 | $0.00 |
| 11/11/2019 | (3) | Washington Gas Light Company | Utility Deposit Refund | 1129-000 | $3,205.93 | | $3,205.93 |
| 01/16/2020 | 1008 | JONATHAN BAIRD VIVONA | Account Number: ; Claim #: ; Distribution Dividend: 62.36; Amount Claimed: 9,900.00; Amount Allowed: 9,900.00; Dividend: 100.00; | 6990-000 | | $3,205.93 | $0.00 |

**SUBTOTALS**    $17,685.11    $17,685.11

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-11158-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | NANAK131313 INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2389 | Checking Acct #: | ******1158 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/2/2018 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 2/13/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $17,685.11 | $17,685.11 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $17,685.11 | $17,685.11 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $17,685.11 | $17,685.11 | |

| For the period of 4/2/2018 to 2/13/2020 | | For the entire history of the account between 02/08/2019 to 2/13/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,685.11 | Total Compensable Receipts: | $17,685.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,685.11 | Total Comp/Non Comp Receipts: | $17,685.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,685.11 | Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 | Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 18-11158-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | NANAK131313 INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2389 | Checking Acct #: | ******1158 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/2/2018 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 2/13/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $17,685.11 | $17,685.11 | $0.00 |

**For the period of 4/2/2018 to 2/13/2020**

| | |
|---|---|
| Total Compensable Receipts: | $17,685.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,685.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/14/2018 to 2/13/2020**

| | |
|---|---|
| Total Compensable Receipts: | $17,685.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,685.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ H. JASON GOLD

H. JASON GOLD